IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FRED HEIDARPOUR, obo

ABANTE ROOTER, INC.,

    Plaintiff,

                            CIVIL ACTION FILE NO.

v.

RAPID CAPITAL FUNDING, LLC.

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

    Plaintiff, brings this action against Defendant, on the grounds and the amounts set forth herein.

**I. PRELIMINARY STATEMENT**

    This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against the defendant and the costs of this action against Defendant for violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 47 U.S.C. 227 et seq. Plaintiff is an individual who owns and operates Abante Rooter, a plumbing business serving in Alameda County and Contra Costa County. Plaintiff's business has been in business since 1992 and provides general plumbing related services to the public and has done so consistently since 1992. The cell phones in question are used by Plaintiff in connection with his personal affairs as well as business purposes in a manner consistent with the law. Defendant is a solicitor and telemarketer who combs and mines data from various websites for the purpose of collecting cell phone numbers in an effort to solicit customers in order to entice the public to take out loans with unfavorable terms.

## II. PARTIES

1. Plaintiff is a natural person residing in Maricopa County, AZ.

2. Defendant is a company engaged in the business of telemarking.

## III. JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court by 28 U.S.C. 1331.

4. Venue is this District is proper in that the Defendant's principal place of business is located at 11900 BISCAYNE BOULEVARD, SUITE 201, MIAMI, FL 33181, which falls under the jurisdiction of the Southern District of Florida.

## IV. STATUTORY STRUCTURE TCPA

5. The Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA") amended the Federal Communications Act 47 U.S.C. 151, et seq. ("FCA") to address the uses of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages reviewed by cell phones, and the use of fax machines to send unsolicited advertisements.

6. Under the TCPA "automatic telephone dialing system" (hereinafter "ATDS") means equipment which has the capacity-

    (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and

    (B) to dial such numbers. See, 47 U.S.C. 227 (a)(1).

7. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio

service, or other radio common carrier service, or any service for which the called party is charged for the call.

8. Under the TCPA, a person or entity may, if otherwise permitted by the laws of the rules of the court of a State, bring in an appropriate court of that State:

> (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
>
> (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
>
> (C) both such actions.

9. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. 227 (b)(3).

## V. FACTUAL ALLEGATIONS

10. Plaintiff was assigned a number by his cell phone provider, AT&T. These cell phones include cell phones with numbers 510-540-7210, 209-383-3803, 510-459-6147, and 925-828-1080. These phones are, respectively, registered to Abante Rooter & Plumbing.
11. Plaintiff never gave the Defendant express consent to be called with an ATDS.
12. Defendant called Plaintiff with an ATDS.
13. Plaintiff made several requests that Defendant cease and desist calling him, beginning in August of 2015.
14. Beginning in March 2016, Defendant again began placing autodialed calls to Plaintiff:

a. Auto dialed call from caller ID number 305-209-9881 to business cell 510-540-7210 on 03/16/16 talked with "Charles", who introduced himself as a representative for Rapid Capital Funding.

b. Auto dialed call from caller ID number 305-455-9450 to business cell 925-828-1080 on 04/27/16 talked with "Johns", who introduced himself as a representative for Rapid Capital Funding.

c. Auto dialed call from caller ID number 305-455-9450 to business cell 925-828-1080 on 05/02/16 talked with "Ray or -Joe", who introduced himself as a representative for Rapid Capital Funding.

d. auto dialed call from CID 305-455-9450 to cell 209-383-3803 on 06/06/16 from "Chris." Stated he was an agent for Rapid Capital Funding.

c. auto dialed call from CID 305-455-9450 to cell 209-383-3803 on 06/07/16.

d. auto dialed call from CID 305-455-9450 to cell 209-383-3803 on 06/08/16 from "John" Stated he was an agent with Rapid Capital Funding.

e. auto dialed call from CID 305-455-9450 to cell 209-383-3803 on 06/08/16 from "John." Agent hung up upon hearing Mr. Heidarpour.

f. live call from Mario of Rapid Capital Funding from CID 786-209-0061 to cell 510-459-6147 on 06/14/16.

g. second live call from Mario from CID 786-209-0061 to cell 510-459-6147 on 06/14/16.

h. live call from Mathew of Rapid Capital Funding from CID 786-209-0061 to cell 510-459-6147 on 06/15/16 and Defendant was told to stop calling.

i. auto dialed call from CID 305-400-4752 to cell 209-383-3803 on 06/24/16 from "James." and Defendant was told to stop calling.

j. (3) auto dialed calls from CID 305-455-9450 to cell 209-383-3803 on 06/27/16

from "James." Introduced himself as a rep for Rapid Capital Funding.

k. Auto dialed call from CID 305-455-9450 to cell 925-828-1080 on 06/27/16 from "Joe" from Rapid Capital Funding and Defendant was told to stop calling.

l. Auto dialed call from caller ID number 646-582-9043 to business cell 510-459-6147on 08/26/16 talked with "" nelson Nunez who introduced himself as a representative for Rapid Capital Funding. Defendant was told to stop contacting Plaintiff, but Defendant continued contacting Plaintiff.

m. Auto dialed call from CID 786-724-1910 to cell 925-828-1080 on 10/18/16 from "Robert Schmitt" from Rapid Capital Funding.

15. On June 7, 2016, Defendant's agent Soloman Caldwell sent to Plaintiff an email. On June 8, Plaintiff replied and requested that Defendant cease and desist. Mr. Caldwell acknowledged and stated that he had "cleared the file." See email, attached as **Exhibit A.**

## VI. TCPA VIOLATIONS

16. Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendant's violations of the TCPA include, but are not limited to, the following:

17. The actions of the Defendant individually and collectively violated the TCPA by the Defendant calling the Plaintiff's cellular phone without express consent with an ATDS, when the Plaintiff's number was listed on the National Do Not Call Registry, in violation of the TCPA. 47 U.S.C. 227, *et sec.*

18. Defendant filed to transmit its telephone number and its company name when placing calls to Plaintiff.

19. The actions of Defendant were willful and knowing.

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant for the following:

(1) Statutory damages pursuant to TCPA 47 U.S.C. 227;

(2) Fair and reasonable costs of this action and court costs;

(3) Injunctive relief;

(4) Such other and further relief that the Court deems just and proper.

I hereby swear and affirm that the factual statements set forth above are true and correct under penalty of perjury,

Fred Heidarpour

/s/ W. John Gadd
W. John Gadd, Esq.
FL Bar Number 46306
Bank of America Building
2727 Ulmerton Rd., Suite 250
Clearwater, FL 33762
Tel: (727)524-6300
Fax: (727)498-2160
Email: Wjg@mazgadd.com