IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**FRED HEIDARPOUR, obo**

**ABANTE ROOTER, Inc.**

 **Plaintiff,**

            **CIVIL ACTION FILE NO.: 16-cv-25004**

**v.**

**RAPID CAPITAL FUNDING, LLC.**

 **Defendant.**

## NOTICE OF PENDING SETTLEMENT

NOTICE IS HEREBY GIVEN that a pending settlement has been reached between the parties. The parties are currently finalizing a settlement agreement reflecting the agreed upon terms and anticipate filing a Joint Motion/Stipulation for Dismissal of this action with prejudice within thirty (30) days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 14, 2017 for filing the Joint Motion/Stipulation for Dismissal.

Dated: November 14, 2017                Respectfully submitted,

                       **s/ W. John Gadd**
                          W. John Gadd
                       FL Bar Number 463061
                      Bank of America Building
                  2727 Ulmerton Road-Suite 250
                        Clearwater, FL 33762
                        Tel- (727) 524-6300
                     Email- wjg@mazgadd.com

Certificate of Service:

A true and accurate copy of the foregoing was sent to: Lawren.Zann@gmlaw.com via email on this 14th day of November 2017.

s/ W. John Gadd
W. John Gadd
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com

32672541v1